**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1110**

DONALD JENSEN,

Plaintiff – Appellant,

v.

WESTERN CAROLINA UNIVERSITY; UNIVERSITY OF NORTH CAROLINA;
ROBERT MCMAHAN, in his individual and official capacities;
MARY ANN LOCHNER, in her individual and official capacities;
JAMES ZHANG, in his individual and official capacities;
EARNEST HUDSON, JR., in his individual and official
capacities,

Defendants – Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City. Martin K.
Reidinger, District Judge. (2:11-cv-00033-MR-DLH)

Submitted: August 21, 2013          Decided: August 28, 2013

Before TRAXLER, Chief Judge, and MOTZ and THACKER, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

S. Luke Largess, TIN, FUTON, WALKER & OWEN, PLLC, Charlotte,
North Carolina, for Appellant. Roy Cooper, Attorney General,
Katherine A. Murphy, Assistant Attorney General, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Jensen appeals a district court order granting summary judgment against him in his suit primarily alleging that he was unlawfully retaliated against for speech protected by the First Amendment and the North Carolina Whistleblower Act, see N.C.G.S. § 126-84, et seq., and that he was temporarily barred from campus in violation of his rights to due process under the United States Constitution. We have reviewed the record and we find no error. Accordingly, we affirm on the reasoning of the district court. See Jensen v. Western Carolina Univ., 2012 WL 6728360 (W.D.N.C. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED